UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID CLARK, JR.,

        Plaintiff,

-v-

No.  2:12-cv-13325
Hon. George C. Steeh

CITY OF ROMULUS, a municipal corporation,
LT. LEACHER, Romulus Police Department, in
his individual capacity, OFFICER CHAMPAGNE,
Romulus Police Department, in his individual
capacity, OFFICER LITTLEJOHN, Romulus
Police Department, in his individual capacity,
Jointly and Severally,

        Defendants.

---

| | |
|---|---|
| PAUL M. HUGHES (P36421)<br>Attorney for Plaintiff<br>65 Cadillac Square, Ste. 2100<br>Detroit, MI 48226<br>313.964.6465<br>paul@attorneyhughes.com | ROGER A. SMITH (P27722)<br>GARAN LUCOW MILLER, P.C.<br>Attorney for Defendants<br>1111 W. Long Lake Road, Suite 300<br>Troy, MI 48098<br>248.641.7600<br>Fax: 248.641.0222<br>rsmith@garanlucow.com |

---

**ORDER GRANTING DEFENDANTS' MOTION
TO PERMIT SUBSTITUTED SERVICE ON WITNESS
ALLEN JEFFERY SIMMONS**

At a session of said Court held:
on _December 10, 2012_
PRESENT: _GEORGE CARAM STEEH_
U.S. DISTRICT COURT JUDGE

THIS MATTER having been brought before the Court upon Defendants' Motion to Permit Substituted Service on Witness Allen Jeffery Simmons, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that:

1. Defendants' Motion to Permit Substituted Service on Witness Allen Jeffery Simmons is GRANTED;

2. Defendants shall be allowed to serve a deposition subpoena upon Witness Allen Jeffery Simmons by alternate means as set forth below:

    a. Service of the Deposition Subpoena by regular mail as well as posting and/or personal service upon any member of the household at 12705 North Adrian Hwy., Clinton, MI 49236;

    AND

    b. Service of the Deposition Subpoena by regular mail as well as posting and/or personal service upon any representative of Olsen Cement, LLC, located at 5610 Wellington Street, Dearborn Heights, MI 48125.

_____
U.S. DISTRICT COURT JUDGE
HON. GEORGE C. STEEH

Dated: 12-10-12

667594.1